FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 27, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MAHLONNA S.,<br><br>          Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>          Defendant. | NO:  1:22-CV-3079-RMP<br><br>ORDER GRANTING PARTIES' STIPULATED MOTION TO REMAND |

    BEFORE THE COURT is the parties' Stipulated Motion to Remand pursuant to sentence four of 42 U.S.C. § 405(g).  ECF No. 9.  Plaintiff Mahlonna S.[1] is represented by attorney Victoria Chhagan.  The Commissioner of Social Security is represented by Special Assistant United States Attorney Joseph Langkamer.

    After consideration, **IT IS HEREBY ORDERED** that the parties' Stipulated Motion for Remand, **ECF No. 9**, is **GRANTED**.  Pursuant to the parties' stipulation,

---

[1] The Court uses Plaintiff's first name and last initial to protect her privacy.

ORDER GRANTING PARTIES' STIPULATED MOTION TO REMAND ~ 1

the Commissioner's final decision regarding Plaintiff's applications for Disability Insurance Benefits and Supplement Security Income is **reversed and remanded** under sentence four of 42 U.S.C. §405(g). On remand, the Administrative Law Judge will comply with the terms of the Appeals Council's June 8, 2020 remand order, including, but not limited to, obtaining a medical expert, if one is available. *See* ECF No. 9 at 1. If a medical expert is not available, the ALJ will explain the efforts taken to obtain one. *See id.* at 1–2. The ALJ also will offer Plaintiff the opportunity for a hearing, take further action, as necessary, to complete the administrative record, and issue a new decision. *Id.* at 2.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment, **ECF No. 8**, is **DENIED AS MOOT**.

Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. §§ 1920, 2412(d).

**IT IS SO ORDERED.** The District Court Clerk is directed to enter this Order and provide copies to counsel, enter judgment in favor of Plaintiff, and **close the file**.

**DATED** December 27, 2022.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Senior United States District Judge